RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NISHA BROOKS-WHITTINGTON
411 E. Bonneville Avenue, Ste. 250
Las Vegas, Nevada 89101
Tel: (702) 388-6577
Fax: (702)388-6261

Attorney for:
 DAMON BOSWELL

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>DAMON BOSWELL,<br><br>            Defendant. | 2:13-cr-183-JAD-CWH<br><br>**STIPULATION TO CONTINUE<br>SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Christina M. Brown, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for DAMON BOSWELL, that the sentencing hearing scheduled on Monday, September 15, 2014 at 11:00 a.m., be vacated and be continued to a date and time convenient to the Court, but no earlier than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. The defendant is not in custody and does not oppose a continuance.

2. Undersigned defense counsel needs additional time to research information presented in the Pre-sentence Investigation Report, make any necessary objections, and prepare possible mitigation information, prior to proceeding with the sentencing hearing following her return from maternity leave August 26, 2014.

3. This is the first request for a continuance of the sentencing hearing.

DATED: August 18, 2014

| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN,<br>United States Attorney |
|---|---|
| By: /s/ Nisha Brooks-Whittington<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | By: /s/ Christina M. Brown<br>CHRISTINA M. BROWN<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DAMON BOSWELL,<br><br>    Defendant. | 2:13-CR-183-JAD-CWH<br><br>ORDER |

## **ORDER**

The parties being in agreement and the ends of justice being best served by the granting of the requested continuance:

IT IS THEREFORE ORDERED that the Sentencing currently scheduled for Monday, September 15, 2014 at 11:00 a.m., be vacated and continued to Monday, October 20, 2014, at 1:30 p.m.

DATED this 20th day of August, 2014.

_____
UNITED STATES DISTRICT JUDGE