RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NISHA BROOKS-WHITTINGTON
411 E. Bonneville Avenue, Ste. 250
Las Vegas, Nevada 89101
Tel: (702) 388-6577
Fax: (702)388-6261

Attorneys for Damon Boswell

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DAMON BOSWELL,<br><br>    Defendant. | 2:13-CR-183-JAD-CWH<br><br>**UNOPPOSED MOTION AND ORDER TO EXTEND SELF-SURRENDER DATE** |

COMES NOW Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for DAMON BOSWELL, files this Unopposed Motion to Extend Mr. Boswell's self-surrender date to the Bureau of Prisons from February 16, 2015, to June 15, 2015 for the following reasons:

1. On May 29, 2014, Mr. Boswell pled guilty to one count of Conspiracy to Submit False, Fictitious, and Fraudulent claims pursuant to 18 U.S.C. § 286. Docket No. 25. He was sentenced on October 20, 2014, to fifteen (15) months in custody and three (3) years of supervised release to follow. Docket No. 34. This Court ordered Mr. Boswell to self-surrender by noon on February 16, 2015. Docket No. 34.

2. Mr. Boswell has been under the supervision of pretrial services since on or about October 10, 2013. Docket No. 12. For over one (1) year, Mr. Boswell has abided by the conditions of his release and has had no violations to date.

///

3. Mr. Boswell specifically requests an extension of the self surrender date so that he can attend his daughter's graduation from college and his other daughter's wedding; and to allow his younger children to finish the school year at their present school because they will likely move and transfer to a new school once Mr. Boswell surrenders to the Bureau of Prison to serve his custodial sentence.

4. The government does not oppose this Motion.

5. This is the first request to extend the self-surrender date.

DATED this 22nd day of December, 2014.

RENE L. VALLADARES
Federal Public Defender

By: /s/ Nisha Brooks-Whittington
NISHA BROOKS-WHITTINGTON,
Assistant Federal Public Defender

|   |   |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DAMON BOSWELL,<br><br>    Defendant. | 2:13-CR-183-JAD-CWH<br><br>**ORDER** |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Mr. Boswell's self-surrender date is extended to June 15, 2015.

Dated:  December 29, 2014.

_____
UNITED STATES DISTRICT JUDGE

3